**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

JOSEPH S. HAAS,
Plaintiff

v.

NHD-CA08-169-T
RID-MC08-47-T

STEPHEN R. MONIER; and,
GARY DIMARTINO,
Defendants

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 6/15/08